IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE: DMCA SUBPOENA
TO: SolidTools Technology Inc., c/o Shugang Sun



### DECLARATION OF B. BRETT HEAVNER

I, B. Brett Heavner, declare and testify as follows:

1. I am a partner at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and am admitted to practice law in the District of Columbia. I am authorized to represent the intellectual property interests of American Petroleum Institute.

2. On behalf of American Petroleum Institute, I am seeking a subpoena pursuant to 17 U.S.C. § 512(h) to identify the person(s) infringing American Petroleum Institute's copyrighted works as identified in the attachment to this declaration.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringer, and such information will only be used for the purpose of protecting rights under 17 U.S.C. § 101 *et seq.*

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. This declaration is executed on this 9th day of May 2019.

_____
B. Brett Heavner, DC Bar # 437337



FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

B. BRETT HEAVNER
202.408.4073
b.brett.heavner@finnegan.com

May 9, 2019

SolidTools Technology Inc.
48233 Warm Springs Blvd.
Fremont, California 94539

c/o Shugang Sun
SolidTools Technology Inc.
1600 Gomes Road
Freemont, California 94539

Re: Copyright and Trademark Infringement

Dear Legal Counsel,

    We are intellectual property counsel for the American Petroleum Institute ("API"), the leading trade association for the petroleum industry in the United States, and perhaps the world. For decades, API has authored standards for the safety and quality of products in the petroleum and gas industry. As author, API owns the copyright in these standards and has registered the copyrights with the U.S. Copyright Office. The copyrighted standards constitute a very valuable asset to API. Indeed, sales of the API standards to petroleum and gas industry professionals create considerable income for API. API also owns exclusive rights to its API logos which appear on the standards and are used in advertising to promote the standards, as well as API's other goods and services. The API logos are registered with the U.S. Patent and Trademark Office (Reg. Nos. 3,285,891 and 1,264,555), and API additionally owns numerous foreign trademark registrations for the API logos.

    To protect its valuable rights, API objects to unauthorized and confusing uses of its copyrighted works and its trademarks. It has come to our attention that an entity doing business at a website located at <freestd.us> provides over 7,909 PDF versions of API's standards and other publications at the URL http://www.freestd.us/class/73_1.htm.

    The domain name associated with this website resolves to the following IP address provided by your application platform delivery service, currently shown as:

198.40.57.29

    This company is not an authorized distributor of API's standards. Additionally, API does not permit sales of its standards in PDF format (or any other electronic format) by anyone. Therefore, the sale of downloadable or e-mailed copies of API's standards are clearly sales of unauthorized copies or scans of API's publications. This unauthorized and confusing use of the

901 NEW YORK AVENUE, NW | WASHINGTON, DC 20001-4413
PHONE: +1 202 408 4000 | FAX: +1 202 408 4400

SolidTools Technology Inc.
May 9, 2019
Page 2 of 2

API standards constitute, among other things, copyright and trademark infringement under the laws of the United States and other countries.

Accordingly, API demands that SolidTools Technology:

1. Immediately terminate its services and disable access to this website; and

2. So that API may take further steps to protect its valuable intellectual property rights, provide us with all contact information for the website owners/operators of the <freestd.us> domain name in your possession, custody, or control, including:

    a. The method(s) of payment used by these registrants to pay for SolidTools Technology's services, including, without limitation, any credit/debit card number, checking account, or PayPal account number used;

    b. The name(s) and contact information associated with those accounts;

    c. The banks or institutions processing payment for these registrants;

    d. Any other identifying information related to payment by these registrants for SolidTools Technology's services.

We hereby certify that we: (1) are authorized to act on behalf API; (2) have provided an e-mail address to contact the undersigned; (3) have identified the infringing materials; (4) have a good-faith belief that use of the copyrighted and trademarked material described above is not authorized by the owner, its agent, or the law; and (5) swear, under penalty of perjury, that the information in this notification is accurate to the best of our knowledge.

Any correspondence related to this matter may be directed to the undersigned at the email and address provided above. We thank you for your immediate attention to this serious matter.

    Very truly yours,

    /s/ B. Brett Heavner
    B. Brett Heavner

    Finnegan, Henderson, Farabow, Garrett
    & Dunner, LLP

BBH:ju